**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | No. 4:17-cr-00006 |
| | § | |
| CHARLES QUINTARD BEECH, III | § | |

**DEFENDANT, CHARLES QUINTARD BEECH III'S, AMENDED UNOPPOSED MOTION TO TRAVEL**

**TO THE HONORABLE GRAY H. MILLER, UNITED STATES DISTRICT JUDGE:**

Charles Quintard Beech III, Defendant, moves this Honorable Court to permit him to travel to New York City to visit family. In support of his motion, Defendant would show the Court the following:

Defendant will be traveling by plane to New York City to visit family. Assuming the Court approves this unopposed Motion, Defendant is leaving Tuesday, July 3, and returning to Texas on Saturday, July 7, 2018.

Defendant has demonstrated his dependability while on bond in this case since January 10, 2017. Defendant's counsel contacted the case agent, Derek Matthews, and he has no objections to this Motion.

**PRAYER**

Defendant prays that the Court will grant his Motion in all respects.

                           Respectfully submitted,
                           **HILDER & ASSOCIATES, P.C.**

                           */s/ Stephanie K. McGuire*
                           Philip H. Hilder
                           State Bar No. 09620050
                           SD TX No. 2474
                           Stephanie K. McGuire – Counsel
                           State Bar No.  11000520
                           SD TX No. 437432
                           819 Lovett Blvd.
                           Houston, Texas 77006-3905
                           Telephone (713) 655-9111
                           Facsimile (713) 655-9112

                           **ATTORNEYS FOR DEFENDANT,**
                           **CHARLES QUINTARD BEECH III**


**CERTIFICATE OF CONFERENCE**

    On June 29, 2018, I communicated via email with Assistant United States Attorney Sarah Edwards regarding this *Motion to Travel*, and she indicated that she is unopposed.

                           */s/ Stephanie K. McGuire*
                           Stephanie K. McGuire


**CERTIFICATE OF SERVICE**

    I hereby certify that on the 1st day of July 2018, a true and correct copy of the above and foregoing *Motion to Travel* was forwarded to all counsel of record via ECF, certified mail, return receipt requested, facsimile and/or hand delivery.

                           */s/ Stephanie K. McGuire*
                           Stephanie K. McGuire